Duplicated Original

UNITED STATES DISRICT COURT
DISTRICT OF CONNECTICUT

JOSUE AUGUSTE #260549
PETITIONER
    V.
STRANGE et. al;
RESPONDENT

DOCKET #
3:02CV1922(R.N.C)

## PETITION TO APPOINT COUNSEL

COMES NOW JOSUE AUGUSTE [FURTHER KNOWN AS THE PETITIONER SEEKS THAT THIS HONORABLE COURT RECONSIDER PETITIONERS MOTION FOR APPONTMENT OF COUNSEL (DOC.#8) FOR THE PETITIONER FOR JUST CAUSE;AS JUDGEMENT WAS ENTERED TO DENIE ABOVE SAID MOTION WITHOUT PREJUDICE"

(1) THERE ARE MITIGATING FACTORS IN THIS CASE THAT NEED TO BE PROPERLY PRESENTED BEFORE THIS HONORABLE COURT.

(2) THE PETITIONER IS A LAYPERSON WITH THE LAW AND LACK THE LEGAL EXPERTISE TO CONDUCT PROPER LITIGATION AGAINST DISRICT COUNSEL

(3) AS A PRISONER HELD IN CUSTODY, THE ACCESS TO MATERIALS ARE IN-ADEQUATE, AND OBTAINING COPIES FOR TIME LIMITED DEADLINES SEEM TO BE INSUFFICIENT TO MEET THE CONTINUED DEMAND OF LAW.(LETTER FROM LIBRARY AND SCOOL PRINCIPLE STATING CERTAIN LAW MATERIALS ARE NOT PRESENT IN THE INSTITUTION LIBRARY SPECIFICLY 8C.F.R §1003.1(e)(4) THE STATUTE CITED BY THE B.I.A ASSTHIER DETERMINATION).

(4) THE PRISONER BASED MAILBOX IS NOT CONTROLLED BY FEDERAL POSTAL EMPLOYEES, SUBMISSION AND ANSWERS ARE OCCASSIONALLY DELAYED OR LOST BY THE CONNECTICUT DEPARTMENT OF CORRECTIONS EMPLOYEES.

(5) THE COMPLEXITY OF ISSUES THAT THE I.N.S ARE ATTEMPTING TO CONFUSE THE COURTS CAN NOT BE ALL BE ADDRESSED BY THE PETITIONER ALONE,AS PRO-SE. STATUS.

(6) PETITIONER HAS IN THE PAST AND CONTINUES AT PRESENT TO SEEK COMPETENT LEGAL ADVICE AND REPRESENTATION. THE PETITIONER PROCEEDING

---

February 18, 2004. Auguste v. Strange; 3:02CV1922 (RNC)

Re: Motion for Appointment of Counsel [Doc. # 19]

Denied without prejudice to renewal at the United States Court of Appeals for the Second Circuit, where petitioner's habeas petition [Doc. # 14] is pending upon transfer by order of this court.   [Doc. # 20]   So Ordered.

Robert N. Chatigny, U.S.D.J.

---

...... THAT HIS ACCESS TO THE COURT IS DENIED BASED ON:

SEE CONTINUATION