# MANDATE

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
40 FOLEY SQUARE-ROOM 1803
NEW YORK, NY 10007**

FILED
Jun 23  12 57 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ROSEANN B. MACKECHNIE
CLERK OF COURT

NHCT / NH CT
02-cv-1922
Chitigny

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, at Foley Square, in the City of New York, on the 5th day of May, two thousand and four,

Docket Number: 04-0954-op

**AUGUSTE V. STRANGE**



UNITED STATES COURT OF APPEALS
FILED
MAY 5 2004
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

**THE COURT NOTING** that on Feb. 23, 2004, a transfer order on behalf of the petitioner, **Josue Auguste,** was sent to the United States Court of Appeals for the Second Circuit,

**AND THE COURT FURTHER NOTING** that **Auguste v. Strange, et al.** was assigned the Appeal docket number **04-0954-op** in error,

**IT IS HEREBY ORDERED** that the docket number **04-0954-op** is closed and the transfer order and all documents will be filed under the docket number **03-40264-ag**.

Roseann B. MacKechnie,
Clerk of Court

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
*Joseph M. Rodriguez*

by: *Lynn Dobbs*
Lynn Dobbs,
Intake Supervisor

ISSUED AS MANDATE:  JUN 15 2004