UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSUE AUGUSTE | : |
| | : |
| v. | : CASE NO. 3:02CV1922(RNC) |
| | : |
| MARK STRANGE, ET AL., | : |

## JUDGMENT

This action was commenced by the petitioner's petition for a writ of habeas corpus and was assigned to the Honorable Robert N. Chatigny, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and filed its Ruling denying the petition on July 23, 2003, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered and the petition is dismissed.

Dated at Hartford, Connecticut, this 7th day of October 2004.

KEVIN F. ROWE, Clerk

By     /s/lik
    Linda I. Kunofsky
    Deputy Clerk

EOD _____