BIA
A19-401-307

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

## AMENDED ORDER

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 4th day of November Two Thousand Five,

Present:
> Hon. Jon O. Newman,
> Hon. Jose A. Cabranes,
> Hon. Rosemary S. Pooler,
> > *Circuit Judges.*

Josue Auguste,
> Petitioner,

v.                                                          03-40264-ag

Mark Strange, Warden, Immigration and
Naturalization Service,
> Respondents.

Petitioner, *pro se*, seeks appointment of counsel, *in forma pauperis* status, an evidentiary hearing, and remand to the Board of Immigration Appeals ("BIA") in his petition for review of the BIA order affirming an Immigration Judge's decision denying Petitioner's application for asylum, withholding of removal, and relief under the Convention Against Torture. The Government seeks a limited remand to the United States District Court for the District of Connecticut for an evidentiary hearing on Petitioner's citizenship claim. After due consideration, because the parties agree to the remand, it is hereby ORDERED that the parties' motions for remand are GRANTED, and the case is REMANDED to the United States District Court for the District of Connecticut for an evidentiary hearing on Petitioner's citizenship claim. It is further ORDERED that Petitioner's remaining motions are DENIED as moot.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: _____

A TRUE COPY
Roseann B. MacKechnie, CLERK
SAO-MZK
by _____
DEPUTY CLERK