UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSUE AUGUSTE                             :    CASE NO. 3:02CV1922 (RNC)

        v.                              :

MARK STRANGE, WARDEN, and                 :
IMMIGRATION AND NATURALIZATION
SERVICE

<u>ORDER APPOINTING COUNSEL</u>

    The court hereby appoints Attorney Michael J. Boyle to serve as CJA counsel for the petitioner, Josue Auguste.  The appointment of Attorney Boyle to serve as counsel is made in the interest of justice pursuant to 28 U.S.C. § 1915(e)(1) to protect the integrity and continuity of the proceedings in this case.

    The Clerk of court shall cause a copy of this order to be sent to Attorney Michael J. Boyle.

    It is so ordered.

    Dated at Hartford, Connecticut this ____ day of January 2006.

                                                      _____/s/_____
                                                        Robert N. Chatigny
                                                   United States District Judge