# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2006 JUN -6 A 9: 05

| Auguste,<br>    Petitioner<br>v.<br>Strange, et al.<br>    Respondents |
|---|

No. 3:02-cv-01922-RNC

June 5, 2006

## REQUEST FOR CONTINUANCE OF EVIDENTIARY HEARING

The Court has scheduled an evidentiary hearing for June 16, 2006 regarding whether Mr. Auguste derived United States citizenship from his mother. Mr. Auguste moves for a continuance of at least ninety days in the scheduling of the hearing. The respondents, through counsel, AUSA Douglas Morabito, do not oppose this request. In support of the request, the petitioner, through counsel, states that:

1. Mr. Auguste has been released from DHS detention.

2. It appears that whether Mr. Auguste derived United States citizenship from his mother will depend on whether his parents were separated prior to Mr. Auguste's eighteenth birthday.

3. Mr. Auguste's mother told him and his siblings that she had received separation papers from Haiti. However, Mrs. Auguste is dead and none of her children have copies of the documents.

4. It is very difficult to obtain reliable copies of legal records from the National Archives in Haiti. Many documents have been destroyed during years of unrest, and it is common for forged documents to be provided in response to document requests. Petitioner's counsel has contacted Maren Dobberthein, a human rights volunteer working

*[Marginal note, left side:]* June 8, 2006. Granted. The evidentiary hearing is rescheduled to September 15, 2006 at 9:30 a.m. So ordered. Robert N. Chatigny, U.S.D.J.

1