UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Auguste,<br>    Petitioner<br>v.<br>Strange, et al.<br>    Respondents | No. 3:02-cv-01922-RNC<br><br>September 13, 2006 |

**REQUEST FOR CONTINUANCE OF EVIDENTIARY HEARING**

The Court has scheduled an evidentiary hearing for September 15, 2006 regarding whether Mr. Auguste derived United States citizenship from his mother. Mr. Auguste moves for a continuance of at least ninety days in the scheduling of the hearing. The respondents, through counsel, AUSA Douglas Morabito, do not oppose this request. In support of the request, the petitioner, through counsel states that:

1. Mr. Auguste has been released from DHS detention.

2. It appears that whether Mr. Auguste derived United States citizenship from his mother will depend on whether his parents were separated prior to Mr. Auguste's eighteenth birthday.

3. Mr. Auguste's mother told him and his siblings that she had received separation papers from Haiti. However, Mrs. Auguste is dead and none of her children have copies of the documents.

4. It is very difficult to obtain reliable copies of legal records from the National Archives in Haiti. Many documents have been destroyed during years of unrest, and it is common for forged documents to be provided in response to document requests. Through Maren Dobberthein, a human rights volunteer working in Haiti on a scholarship from

1

Harvard, petitioner's counsel has contracted with a Haitian attorney and an ex-employee of the National Archives to obtain reliable, certified copies of the records of the separation. Because of the difficulty in doing reliable document searches in Haiti, we are requesting a continuance of at least ninety days in the scheduling of the hearing.

5. The respondents, through counsel, do not oppose this request.

Based on the foregoing, the petitioner requests a continuance of at least ninety days for the hearing now scheduled for September 15, 2006.

>Michael Boyle,
>federal bar ct13518; juris 408629
>250 State Street, Unit C2
>P.O. Box 335
>North Haven, CT 06473-0335
>203 239-2299, fax 203 985-8207
>mboyle@immigrantcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was mailed first class, postage prepaid, on September 13, 2006 to AUSA Douglas Morabito, Office of the U.S. Attorney, 157 Church Street, New Haven, CT 06510.

>Michael Boyle