UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| Josue Auguste, |
| Petitioner |
| v. |
| Mark Strange, et al., |
| Respondents |

No. 3:02cv1922 (RNC)

September 18, 2006

**APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel on this case for Josue Auguste.

/s/
Justin Conlon,
federal bar ct26187; juris 421914
Law Offices of Michael Boyle
250 State Street, Unit C2
P.O. Box 335
North Haven, CT 06473-0335
203 239-2299, fax 203 985-8207
mboyle@immigrantcenter.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Appearance was served electronically, on September 18, 2006 to AUSA Douglas Morabito, Office of the U.S. Attorney, 157 Church Street, New Haven, CT 06510.

/s/
Justin Conlon

1