# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| |
|---|
| Auguste,<br>　　Petitioner<br>v.<br>Strange, et al.<br>　　Respondents |

No. 3:02-cv-01922-RNC

April 27, 2007

## UNOPPOSED REQUEST FOR CONTINUANCE OF EVIDENTIARY HEARING

The Court has scheduled an evidentiary hearing for May 1, 2007 regarding whether Mr. Auguste derived United States citizenship from his mother. As conveyed orally to the Court today, Mr. Auguste moves for a continuance of at least forty-five days in the scheduling of the hearing. The respondents, through counsel, AUSA John Hughes, do not oppose this request. In support of the request, the petitioner, through counsel states that:

1.  Mr. Auguste has been released from DHS detention.

2.  It appears that whether Mr. Auguste derived United States citizenship from his mother will depend on whether his parents were separated prior to Mr. Auguste's eighteenth birthday.

3.  Mr. Auguste's mother told him and his siblings that she had received separation papers from Haiti. However, Mrs. Auguste is dead and none of her children have copies of the documents.

4.  It is very difficult to obtain reliable copies of legal records from the National Archives in Haiti. Many documents have been destroyed during years of unrest, and it is common for forged documents to be provided in response to document requests. Mr. Auguste has contracted with a researcher who recently returned from visiting the Haitian

1

National Archives in January to obtain reliable, certified copies of the records of the

separation. Because of the difficulty in doing reliable document searches in Haiti, we are

requesting a continuance of at least forty-five days in the scheduling of the hearing.

    5.   The DHS Office of Chief Counsel in Hartford is reviewing a draft motion and

documentary evidence related to the case prepared by Mr. Auguste's counsel.

    6.   The respondents, through counsel, do not oppose this request.

Based on the foregoing, the petitioner requests a continuance of at least forty-five days

for the hearing now scheduled for May 1, 2007.


/s/
Michael Boyle,
federal bar ct13518; juris 408629
250 State Street, Unit C2
P.O. Box 335
North Haven, CT 06473-0335
203 239-2299, fax 203 985-8207
mboyle@immigrantcenter.com


## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Appearance was sent by email, postage prepaid, on April 27, 2007 to AUSA John Hughes, Office of the U.S. Attorney, 157 Church Street, New Haven, CT 06510.


/s/
Michael Boyle

2