UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Josue Auguste,<br>    Petitioner<br>v.<br>Strange, et al.<br>    Respondents | No. 3:02-cv-01922-RNC<br><br>June 15, 2007 |

**UNOPPOSED REQUEST FOR CONTINUANCE OF EVIDENTIARY HEARING**

    The Court has scheduled an evidentiary hearing for June 20, 2007 regarding whether Mr. Auguste derived United States citizenship from his mother. Mr. Auguste hereby moves for a continuance of at least forty-five days in the scheduling of that hearing. The respondents, through counsel AUSA John Hughes, have indicated that they do not oppose requests for continuances of this evidentiary hearing.

    In support of the request, the petitioner, through counsel, states that:

    1.  Mr. Auguste has been released from DHS detention.

    2.  It appears that whether Mr. Auguste derived United States citizenship from his mother will depend on whether his parents were separated prior to Mr. Auguste's eighteenth birthday.

    3.  Mr. Auguste's mother told him and his siblings that she had received separation papers from Haiti. However, Mrs. Auguste is now deceased and none of her children have copies of those papers.

    4.  It is very difficult to obtain reliable copies of legal records from the National Archives in Haiti. Many documents have been destroyed during years of unrest, and it is common for forged documents to be provided in response to document requests. Mr.

1

Auguste has contracted with a researcher who recently returned from visiting the Haitian National Archives in January to obtain reliable, certified copies of the records of the separation. Because of the difficulty in making reliable document searches in Haiti, we are requesting a continuance of at least forty-five days in the scheduling of the hearing.

5. Attorney John Marley of the DHS Office of Chief Counsel in Hartford is reviewing a draft motion and documentary evidence related to the petitioner's case prepared by the undersigned, and Mr. Marley and the undersigned plan to discuss the motion within the next week in hopes of working toward resolution to this matter through stipulation.

6. The respondents, through counsel, do not oppose this request.

Based on the foregoing, the petitioner requests a continuance of at least forty-five days for the hearing now scheduled for June 20, 2007.

Dated June 15, 2007.

> Respectfully submitted for Petitioner by
>
> /s/ Michael Boyle
> Michael Boyle, his attorney
> federal bar ct13518; juris 408629
> 250 State Street, Unit C2, P.O. Box 335
> North Haven, CT 06473-0335
> 203 239-2299, fax 203 985-8207
> mboyle@immigrantcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the U.S. District Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Michael Boyle