UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| Josue Auguste,<br>    Petitioner<br>v.<br>Strange, et al.<br>    Respondents |
|---|

No. 3:02-cv-01922-RNC

June 15, 2007

**UNOPPOSED REQUEST FOR CONTINUANCE OF EVIDENTIARY HEARING**

The Court has scheduled an evidentiary hearing for June 20, 2007 regarding whether Mr. Auguste derived United States citizenship from his mother. Mr. Auguste hereby moves for a continuance of at least forty-five days in the scheduling of that hearing. The respondents, through counsel AUSA John Hughes, have indicated that they do not oppose requests for continuances of this evidentiary hearing.

In support of the request, the petitioner, through counsel, states that:

1. Mr. Auguste has been released from DHS detention.

2. It appears that whether Mr. Auguste derived United States citizenship from his mother will depend on whether his parents were separated prior to Mr. Auguste's eighteenth birthday.

3. Mr. Auguste's mother told him and his siblings that she had received separation papers from Haiti. However, Mrs. Auguste is now deceased and none of her children have copies of those papers.

4. It is very difficult to obtain reliable copies of legal records from the National Archives in Haiti. Many documents have been destroyed during years of unrest, and it is common for forged documents to be provided in response to document requests. Mr.

*[Margin annotation, left side:]* So ordered. The evidentiary hearing is hereby rescheduled to August 30, 2007 at 9:30 a.m. Granted. June 18, 2007.
Robert N. Chatigny, U.S.D.J.

1