UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Josue Auguste,<br>    Petitioner<br>v.<br>Strange, et al.<br>    Respondents | No. 3:02-cv-01922-RNC<br><br>August 22, 2007 |

**UNOPPOSED REQUEST FOR CONTINUANCE OF EVIDENTIARY HEARING**

    The Court has scheduled an evidentiary hearing for August 30, 2007 regarding whether Mr. Auguste derived United States citizenship from his mother. Mr. Auguste hereby moves for a continuance of at least forty-five days in the scheduling of that hearing. The respondents, through counsel AUSA John Hughes, have indicated that they do not oppose requests for continuances of this evidentiary hearing.

    In support of the request, the petitioner, through counsel, states that:

    1.  Mr. Auguste has been released from DHS detention.

    2.  Assistant District Counsel John Marley of the DHS Office of Chief Counsel in Hartford has for several months been reviewing a draft motion and documentary evidence related to the petitioner's case prepared by the undersigned, in an effort to resolve Mr. Auguste's case through stipulation.

    3.  Because Assistant District Counsel John Marley has been temporarily transferred outside of Connecticut until the first week in September and undersigned counsel will be taking a course overseas from September 3-21, the parties have been unable to finalize agreement on stipulations.

4. The underlying issue in the remand is whether Mr. Auguste derived United States citizenship from his mother will depend on whether his parents were separated prior to Mr. Auguste's eighteenth birthday.

5. Mr. Auguste's mother told him and his siblings that she had received separation papers from Haiti. However, Mrs. Auguste is now deceased and none of her children have copies of those papers.

6. It is very difficult to obtain reliable copies of legal records from the National Archives in Haiti. Many documents have been destroyed during years of unrest, and it is common for forged documents to be provided in response to document requests. Mr. Auguste has contracted with a researcher who recently returned from visiting the Haitian National Archives in January to obtain reliable, certified copies of the records of the separation. Because of the difficulty in making reliable document searches in Haiti, we are requesting a continuance of at least forty-five days in the scheduling of the hearing.

7. The respondents, through counsel, do not oppose this request.

Based on the foregoing, the petitioner requests a continuance of at least forty-five days for the hearing now scheduled for August 30, 2007.

Dated August 22, 2007.

                                                  Respectfully submitted for Petitioner by

/s/ Michael Boyle
Michael Boyle, his attorney
federal bar ct13518; juris 408629
250 State Street, Unit C2, P.O. Box 335
North Haven, CT 06473-0335
203 239-2299, fax 203 985-8207
mboyle@immigrantcenter.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the U.S. District Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Michael Boyle