<div style="writing-mode: vertical">
August 28, 2007. Granted. The hearing will take place on October 25, 2007 at 9:30 a.m. Counsel are hereby notified that further requests to postpone the hearing are not likely to be granted. So ordered.

Robert N. Chatigny, U.S.D.J.
</div>

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Josue Auguste,<br>    Petitioner<br>v.<br>Strange, et al.<br>    Respondents | No. 3:02-cv-01922-RNC<br><br>August 22, 2007 |

## UNOPPOSED REQUEST FOR CONTINUANCE OF EVIDENTIARY HEARING

The Court has scheduled an evidentiary hearing for August 30, 2007 regarding whether Mr. Auguste derived United States citizenship from his mother. Mr. Auguste hereby moves for a continuance of at least forty-five days in the scheduling of that hearing. The respondents, through counsel AUSA John Hughes, have indicated that they do not oppose requests for continuances of this evidentiary hearing.

In support of the request, the petitioner, through counsel, states that:

1.  Mr. Auguste has been released from DHS detention.

2.  Assistant District Counsel John Marley of the DHS Office of Chief Counsel in Hartford has for several months been reviewing a draft motion and documentary evidence related to the petitioner's case prepared by the undersigned, in an effort to resolve Mr. Auguste's case through stipulation.

3.  Because Assistant District Counsel John Marley has been temporarily transferred outside of Connecticut until the first week in September and undersigned counsel will be taking a course overseas from September 3-21, the parties have been unable to finalize agreement on stipulations.

1