UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Josue Auguste,<br>    Petitioner<br>v.<br>Strange, et al.<br>    Respondents | No. 3:02-cv-01922-RNC<br><br>October 24, 2007 |

**UNOPPOSED REQUEST FOR CONTINUANCE OF EVIDENTIARY HEARING**

The Court has scheduled an evidentiary hearing for October 25, 2007 regarding whether Mr. Auguste derived United States citizenship from his mother. Mr. Auguste hereby moves for a continuance of at least thirty days in the scheduling of that hearing. The respondents, through counsel AUSA Douglas Morabito, have indicated that they do not oppose requests for continuances of this evidentiary hearing.

In support of the request, the petitioner, through counsel, states that:

1. Mr. Auguste has been released from DHS detention.

2. Assistant District Counsel John Marley of the DHS Office of Chief Counsel in Hartford has for several months been reviewing a draft motion and documentary evidence related to the petitioner's case prepared by the undersigned, in an effort to resolve Mr. Auguste's case through stipulation.

3. Because Assistant District Counsel John Marley has repeatedly been temporarily transferred outside of Connecticut, the parties have been unable to finalize agreement on stipulations. However, attorney Marley is now working in Hartford and the parties plan to resolve the matter in the next thirty days.

4. The respondents, through counsel, do not oppose this request.

1

Based on the foregoing, the petitioner requests a continuance of at least thirty days for the hearing now scheduled for October 25, 2007.

Dated October 24, 2007.

> Respectfully submitted for Petitioner by
>
> /s/ Michael Boyle
> Michael Boyle, his attorney
> federal bar ct13518; juris 408629
> 250 State Street, Unit C2, P.O. Box 335
> North Haven, CT 06473-0335
> 203 239-2299, fax 203 985-8207
> mboyle@immigrantcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the U.S. District Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

> /s/ Michael Boyle