UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSUE AUGUSTE, | : |
| Petitioner, | :    CIV. NO. 3:02cv1922(RNC) |
| v. | : |
| IMMIGRATION AND NATURALIZATION SERVICE, Et Al. | : <br> :    January 14, 2008 |
| Respondents. | : |

### Joint Stipulation of Dismissal

The parties to the above-captioned petition for review hereby stipulate and agree as follows:

    1.  The above-captioned matter is dismissed with prejudice and without costs or attorney's fees to either party, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

    2.  The March 27, 2003 decision of the Board of Immigration Appeals ("BIA") that affirmed the October 30, 2002 decision of the Immigration Judge ("original decision") denying petitioner Josue Auguste's application for withholding of removal ("Withholding application") and ordering petitioner's removal to Haiti is vacated, and the matter is remanded to the BIA for the BIA, in turn, to remand the matter to the Immigration Judge for a new hearing, and reconsideration of petitioner's Withholding application.

    3.  Nothing in this Stipulation of Dismissal shall be construed as limiting: (a) the Immigration Judge's or the BIA's

authority to determine, on any ground, that petitioner is ineligible for, or otherwise does not merit, the relief sought in his Withholding applications; or (b) petitioner's right to petition a court of appeals for review of any subsequent final order of deportation or removal issued by the BIA after the date on which this Stipulation and Order is entered by the Court.

Dated: January 14, 2008

_____/s/_____
Michael Boyle (ct13518)
Law Offices of Michael Boyle
250 state Street, Unit C2
P.O. Box 335
North Haven, CT 06473

Dated: January 14, 2008

KEVIN J. O'CONNOR
United States Attorney
Attorney for Respondents

By:_____/s/_____
DOUGLAS P. MORABITO (ct20962)
Assistant United States Attorney
157 Church Street
New Haven, Connecticut 06517
Tel.: (203) 821-3810
Douglas. Morabito@usdoj.gov

SO ORDERED:

_____